**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**ALBANY DIVISION**

RICHARD DANIELS,

Plaintiff,

v. CASE NO.: 1:12-CV-004 (WLS)

KEVIN SPROUL, *et al.*,

Respondent.

**ORDER**

Before the Court is a Recommendation from United States Magistrate Judge Thomas Q. Langstaff, filed February 21, 2012. (Doc. 11). It is recommended that any claims against Defendants Parks, Hagger, Kendrick, Lewis, Sproul, and Montegard be dismissed without prejudice, under 28 U.S.C. § 1915A(b)(1), for failure to state a claim.

The Recommendation provided the Parties with fourteen (14) days to file written objections to the recommendations therein. (*Id.*) The period for objections expired on Tuesday, March 6, 2012; no objections have been filed to date. (*See* Docket).

Upon full review and consideration upon the record, the Court finds that said Recommendation (Doc. 11) should be, and hereby is, **ACCEPTED**, **ADOPTED** and made the Order of this Court for reason of the findings made and reasons stated therein. Accordingly, all claims against Defendants Parks, Hagger, Kendrick, Lewis, Sproul, and Montegard are **DISMISSED** without prejudice, under 28 U.S.C. § 1915A(b)(1), for failure to state a claim.

Plaintiff may go forward with his Eighth Amendment claims against Defendants Milton Davis, Rajshaun Bridges, and Corporal Adams.

**SO ORDERED**, this 29th day of June, 2012.

/s/ W. Louis Sands
**THE HONORABLE W. LOUIS SANDS,**
**UNITED STATES DISTRICT COURT**