**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION**

| | |
|---|---|
| RICHARD DANIELS, | : |
| Plaintiff, | : |
| v. | : CASE NO.: 1:12-CV-4 (WLS) |
| KEVIN SPROUL, *et al.*, | : |
| Defendants. | : |

### ORDER

Before the Court is a Recommendation from United States Magistrate Judge Stephen Hyles, filed June 3, 2013. (Doc. 24.) It is recommended that Defendants' Motion for Summary Judgment (Doc. 22) be granted. (Doc. 24 at 1.)

The Recommendation provided the Parties with fourteen (14) days to file written objections to the recommendations therein. (*Id.* at 10). The period for objections expired on Thursday, June 20, 2013; no objections have been filed to date. (*See* Docket).

Upon full review and consideration upon the record, the Court finds that said Recommendation (Doc. 24) should be, and hereby is, **ACCEPTED**, **ADOPTED** and made the Order of this Court for reason of the findings made and reasons stated therein. Accordingly, Defendant's Motion for Summary Judgment (Doc. 22) is **GRANTED** as to

Plaintiff's sole remaining Eighth Amendment claim.

**SO ORDERED**, this 31st day of July, 2013.

/s/ W. Louis Sands
**THE HONORABLE W. LOUIS SANDS,
UNITED STATES DISTRICT COURT**